ARNOLD & PORTER LLP
Trenton H. Norris (State Bar No. 164781)
trent.norris@aporter.com
275 Battery Street, 27th Floor
San Francisco, California 94111-3305
Telephone: (415) 356-3000
Facsimile: (415) 356-3099

ARNOLD & PORTER LLP
Brian K. Condon (State Bar No. 138776)
brian.condon@aporter.com
Amy B. Levin (State Bar No. 217583)
amy.levin@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243.4000
Facsimile: (213) 243.4199

Attorneys for Defendants
PatentHEALTH, LLC,
Walgreen Company dba Walgreens, and
CVS Corporation, dba CVS-Longs Drugs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON and KAREN JOHNSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PATENTHEALTH, an Ohio limited liability company; WALGREEN COMPANY dba WALGREENS, an Illinois corporation; CVS CORPORATION, dba CVS-LONGS DRUGS, a Rhode Island corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. CV09–05254–VBF (CTx)<br><br>**DECLARATION OF MICHAEL MOORHEAD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(B)(1)**<br><br>Date: Sept. 14, 2009<br>Time: 1:30 p.m.<br>Place: Courtroom 9 |

**[PUBLIC/REDACTED VERSION]**

---

DECLARATION OF MICHAEL MOORHEAD IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(B)(1)

I, Michael Moorhead, declare:

1. I am the Vice President of defendant PatentHEALTH, LLC and have been employed in that position for the past 3-1/2 years. As Vice President, I have been directly involved with the development, marketing, and sales of products sold by PatentHEALTH, including products known as Apatrim and Trigosamine FA. I regularly monitor and review sales and shipment data for PatentHealth's products, including Apatrim and Trigosamine FA, and I am thoroughly familiar with that data. I have personal knowledge of the facts stated below, and if called upon as a witness I would testify competently to the following facts.

2. Apatrim is an appetite suppressant used for weight loss, and was first sold by PatentHEALTH to the public in April 2007.

3. PatentHEALTH sells Apatrim directly, through PatentHEALTH's own website and telephone orders ("Direct Sales"); at retail, through such retailers as CVS and Walgreens, and their websites ("Retail Sales"); and through Internet-only retailers ("Internet Retail Sales"). These are the only means through which PatentHEALTH sells Apatrim to the public.

4. From the inception of Apatrim sales in April 2007 through August 4, 2009, PatentHEALTH has made ▮▮▮ in Direct Sales and Retail Sales in the State of California. During that same period, PatentHEALTH has also made ▮▮▮ in Internet Retail Sales of Apatrim nationwide. PatentHEALTH's total sales of Apatrim in the State of California from the product's inception through August 4, 2009 are no more than ▮▮▮. As to Retail Sales and Internet Retail Sales, Apatrim is generally sold to the consumer at a price greater than that received by PatentHEALTH for those products. Based on the estimated average retail price, consumers paid approximately an additional amount of ▮▮▮ for the above Retail Sales and Internet Retail Sales of Apatrim. The Internet Retail Sales figures do not include an adjustment for refunds or returns, and the Retail Sales

DECLARATION OF MICHAEL MOORHEAD IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(B)(1)

figures do not include an adjustment for refunds, returns, damaged goods, or unsold inventory, which would reduce the total sales figures.

5. Trigosamine FA is a dietary supplement for joint health and relief of joint discomfort, and was first sold by PatentHEALTH to the public in October 2008.

6. PatentHEALTH sells Trigosamine FA through Direct Sales, Retail Sales, and Internet Retail Sales. These are the only means through which PatentHEALTH sells Trigosamine FA to the public.

7. From the inception of Trigosamine FA sales in October 2008 through August 4, 2009, PatentHEALTH has made ▮▮▮▮ in Direct Sales and Retail Sales in the State of California. During that same period, PatentHEALTH has also made ▮▮▮▮ in Internet Retail Sales of Trigosamine FA nationwide. PatentHEALTH's total sales of Trigosamine FA in the State of California from the product's inception through August 4, 2009 are no more than ▮▮▮▮. As to Retail Sales and Internet Retail Sales, Trigosamine FA is generally sold to the consumer at a price greater than that received by PatentHEALTH for those products. Based on the estimated average retail price, consumers paid approximately an additional amount of ▮▮▮▮ for the above Retail Sales and Internet Retail Sales of Trigosamine FA. The Internet Retail Sales figures do not include an adjustment for refunds or returns, and the Retail Sales figures do not include an adjustment for refunds, returns, damaged goods, or unsold inventory, which would reduce the total sales figures.

8. I determined and confirmed the accuracy of these sales figures by reviewing PatentHEALTH's sales and shipping records for Apatrim and Trigosamine FA in the State of California. These records are prepared and maintained by PatentHEALTH in the ordinary course of business at or about the time the events occurred by persons with knowledge of the information. I segregated all Direct Sales shipped to addresses located in the State of California, and I segregated all Retail Sales shipped to the retailers' distribution centers located in the State of California. I

DECLARATION OF MICHAEL MOORHEAD IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(B)(1)

included all Internet Retail Sales of the two products, regardless of state, because the shipment destination records for such sales were not available to me. The Internet Retail Sales figure is therefore greater than the actual Internet Retail Sales received by PatentHEALTH for sales in the State of California. I then tallied the sales figures from each of these sources, and combined them to arrive at the total sales figures for each product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 17, 2009 at Canton, Ohio.

_____
MICHAEL MOORHEAD