1  Scott J. Ferrell, Bar No. 202091
2  Matthew R. Orr, Bar No. 211097
   Roger E. Borg, Bar No. 117765
3  CALL, JENSEN & FERRELL
   A Professional Corporation
4  610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
5  Tel:  (949) 717-3000
   Fax: (949) 717-3100
6  sferrell@calljensen.com
7  morr@calljensen.com
   borglaw@roadrunner.com
8
9  Attorneys for Plaintiffs and the Class

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

13 | RICHARD JOHNSON and KAREN JOHNSON, individually, and on behalf of all others similarly situated, | Case No.  CV09-05254- VBF (CTx)
14 | | **STIPULATION OF DISMISSAL WITH PREJUDICE**
15 | Plaintiffs, |
16 | | [F.R.C.P. 41(a)(1)]
17 | vs. |
18 | PATENTHEALTH, an Ohio limited liability company; WALGREEN COMPANY dba WALGREENS, an Illinois corporation; CVS CORPORATION, dba CVS-LONGS DRUGS, a Rhode Island corporation; and DOES 1-10, Inclusive, |
19 | |
20 | |
21 | |
22 | Defendants. |

23
24         Complaint Filed:  July 17, 2009
           Trial Date:       None Set
25
26
27
28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

APA01-01:552393_1.DOC:9-11-09           - 1 -

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), that
3  Plaintiffs Richard and Karen Johnson dismiss this action in its entirety with prejudice,
4  and shall not refile it in federal or state court.
5  So stipulated.

6  Dated: September 11, 2009    CALL, JENSEN & FERRELL
                                A Professional Corporation
7                               Scott J. Ferrell
                                Matthew R. Orr
8                               Roger E. Borg

9                               By:/s/ Scott J. Ferrell
                                   Scott J. Ferrell
10
11                              Attorneys for Plaintiffs and the Class

12 Dated: September 11, 2009    ARNOLD & PORTER LLP
                                Trenton H. Norris
13                              Brian K. Condon

14                              By:/s/ Brian K. Condon
                                   Brian K. Condon
15
16                              Attorneys for Defendant PatentHEALTH, LLC

17 Dated: September 11, 2009    BENSINGER, RITT, THAI & THEVDT, LLP
                                D. Jay Ritt
18
                                By:/s/ D. Jay Ritt
19                                 D. Jay Ritt

20                              Attorneys for Defendants Walgreen Co. and CVS
                                Corporation
21
22
23  For good cause shown, it is so ORDERED.
24
25
26  Date: _____       _____
                                 Hon. Valerie Baker Fairbank
27                               Judge of the United States District Court
28